IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| LUIS MANUEL RODRIGUEZ | : | No. 17-618 |

## ORDER

**AND NOW**, this 24th day of June, 2020, upon consideration of Defendant's Motion for Release Under 18 U.S.C. Section 3582(c)(1)(A)(i) (Docket No. 34), all documents filed in connection therewith, and the parties' arguments on the Motion by videoconference on June 8, 2020, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.